RETURN TO SENDER
MARAPAO III
506 MEADOWWOOD DR SW
OLYMPIA WA 98502-2678

RETURN TO SENDER

FILED
RUPTCY COURT
WASHINGTON
courts.gov     2014 OCT -9  AM 7: 52

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME **Marapao**          CASE NO **10-44890**

FOR:
- ✓ DEBTOR
- ___ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY ( Please include Bar ID Number _____ )
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS:**

NAME: CONRADO & ELOISA MARAPAO

ADDRESS: 4153 Blackstone Dr

Tumwater, WA 98512

PHONE: _____

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: CONRADO & ELOISA MARAPAO

ADDRESS: 506 Meadowwood Dr SW
Olympia, WA 98502

PHONE: 360-753-3879

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

X _[signature]_       Date 10/03/14
X _[signature]_

Rev. 6/28/2012
Change of Address

RECEIVED by Mail
OCT 06 2014
David M. Howe